UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA DIANNA WHEELER, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; DONNA BLAZEWICH, an individual; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-9947-DSF-AFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | The Parties (State Farm Fire and Casualty Company and Plaintiff Catalina Dianna Wheeler) have reached a Settlement Agreement in the above matter and have submitted a Joint Stipulation, proposing that the entire action be dismissed with prejudice, that the District Court retain jurisdiction to enforce the Agreement, and that each side bear its/her own fees and costs. |

The Parties (State Farm Fire and Casualty Company and Plaintiff Catalina Dianna Wheeler) have reached a Settlement Agreement in the above matter and have submitted a Joint Stipulation, proposing that the entire action be dismissed with prejudice, that the District Court retain jurisdiction to enforce the Agreement, and that each side bear its/her own fees and costs.

GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that the entire action be and hereby is dismissed with prejudice, and the District Court shall retain jurisdiction to enforce the Agreement. Each side shall bear its/her own fees and costs.

IT IS SO ORDERED.

DATED: May 14, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE